M. H. HARRIS, Respondent, *v.* GUS K. WORMS et al., Copartners under the Firm Name of NEWMAN BROS. & WORMS, Appellants.

(Argued April 13, 1933; decided April 28, 1933.)

*Arthur B. Brenner* and *Alexander B. Siegel* for appellants.
*Adam K. Stricker* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.